■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON MARTIN, Also Known as PHILLIP LADSON, Appellant. [659 NYS2d 746] —Judgment, Supreme Court, New York County (Herbert Altman, J., at *Mapp* hearing; Patricia Williams, J., at jury trial and sentencing), rendered June 23, 1995, convicting defendant of two counts of criminal possession of a controlled substance in the seventh degree, and sentencing him to concurrent prison terms of 6 months and 8 months, unanimously affirmed.

Defendant's suppression motion was properly denied. We see

no reason to disturb the hearing court's crediting of the officer's testimony (*see, People v Prochilo*, 41 NY2d 759, 761). Concur—Sullivan, J. P., Rosenberger, Ellerin, Williams and Colabella, JJ.